

Raymond J. DiCamillo
(302) 651-7786
DiCamillo@rlf.com

May 8, 2024

**VIA ECF**

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

    Re: *Abt v. Alvarez, et al.*, C.A. No. 1:21-cv-00172-CFC

Dear Judge Connolly:

Pursuant to the Court's April 17, 2024 Order, Plaintiff Manuel Abt and Defendants Walmart Inc. ("Walmart"), Aida M. Alvarez, James Breyer, M. Michelle Burns, James I. Cash, Jr., Cesar Conde, Roger C. Corbett, Pamela J. Craig, Douglas N. Daft, Michael T. Duke, Stephen J. Easterbrook, Timothy P. Flynn, Sarah J. Friar, Carla A. Harris, Thomas W. Horton, Marissa A. Mayer, C. Douglas McMillon, Gregory B. Penner, Steven S. Reinemund, H. Lee Scott, Arne M. Sorenson, Kevin Y. Systrom, Jim C. Walton, S. Robson Walton, Steuart L. Walton, Christopher J. Williams, and Linda Wolf (together with Plaintiff, the "Parties"), by and through their counsel, submit this joint status report.

On December 1, 2021, the Court stayed this matter pending resolution of a related derivative action pending in the Delaware Court of Chancery, captioned

The Honorable Colm F. Connolly
May 8, 2024
Page 2 of 2

*Ontario Provincial Council of Carpenters' Pension Trust Fund, et al. v. Walton, et al.*, Case No. 2021-0827-JTL (the "Chancery Court Action"). *See* Dkt. 21. The Chancery Court Action, in turn, is currently stayed until June 24, 2024, while a Special Litigation Committee investigates the underlying allegations in that case.

    There are no other issues to resolve at this time.

Respectfully submitted,

*/s/ Raymond J. DiCamillo*

Raymond J. DiCamillo (#3188)

cc:    All counsel of record (via ECF)